## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

---

ELIZABETH M. MAYS
and all others similarly situated,

    Plaintiffs,                                                 Case No.:    14-cv-461-slc

v.

GRAND DADDY'S, LLC
GERALD JULIAN MORRELL
and EDWARD G. KRAIMER, JR.

    Defendants.

---

## STIPULATION FOR CONDITIONAL CERTIFICATION
---

    Plaintiff Elizabeth Mays, as well as all other similarly-situated individuals, by her attorneys, Terwilliger, Wakeen, Piehler & Conway, S.C. and Gingras Cates & Luebke and Defendants Grand Daddy's, LLC, Gerald Julian Morrell and Edward G. Kraimer, Jr., by their attorneys The Jeff Scott Olson Law Firm, S.C., hereby stipulate to conditional certification of the Fair Labor Standards Act class, provided that this stipulation for conditional certification will not in any way prejudice Defendants' pending motion to dismiss arising out of the plaintiff's refusal of the defendant's Rule 68 Offer of Judgment made to her on October 14, 2014.

Dated this 19th day of November, 2014.        **s/ Paul A. Kinne**
                                                                              Attorney Paul A. Kinne
                                                                              State Bar No. 1021493
                                                                              Gingras, Cates & Luebke
                                                                              8150 Excelsior Drive
                                                                              Madison, WI 53717
                                                                              Telephone: 608-833-2632
                                                                              Fax: 608-833-2874
                                                                              kinne@gcllawyers.com

        Attorney Timothy J. Burnett
        State Bar No. 1056498
        Terwilliger, Wakeen, Piehler & Conway, S.C.
        327 North 17th Avenue, Suite 301
        P.O. Box 8063
        Wausau, WI 54402-8063
        Phone: 715-845-2121
        Fax: 715-845-3538
        tburnett@twpclaw.com

Dated this 19th day of November, 2014.    **s/ Jeff Scott Olson**
        Jeff Scott Olson
        The Jeff Scott Olson Law Firm, S.C.
        State Bar No. 1016284
        131 W. Wilson St., Suite 1200
        Madison, WI 53703
        Phone: (608) 283-6001
        Fax: (608) 283-0920
        jsolson@scofflaw.com