IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Elizabeth M. Mays, on her own behalf and
On behalf of others similarly situated

v.                                           Case No. 14-cv-461-slc

Grand Daddy's LLC, et al.

## ORDER OF FINAL APPROVAL OF CLASS/COLLECTIVE ACTION SETTLEMENT AND CERTIFICATION OF FLSA AND RULE 23 CLASSES

On April 4, 2016, this Court granted the parties' joint motion for preliminary approval of their settlement agreement in this class/collective action, *see* Dkt. 71, and set a settlement approval hearing for June 15, 2016, pursuant to F.R.C.P. 23 (e)(2). On April 12, 2016, the class counsel mailed settlement notices to as many class members as could be located, and defense counsel caused a copy of the settlement notice to be prominently displayed at the place of business of the class members.

On June 8, 2016, the parties filed a joint motion for final approval of their settlement in this class action, along with a memorandum and supporting declarations. On June 15, 2016, the Court held the settlement approval hearing. Both sides were present by counsel, but there had been no objectors, and no parties or class members attended the hearing.

Having considered the parties' report of their settlement activities, the actual Settlement Agreement and its effect on each class member, I find that the terms of the Settlement Agreement are fair, reasonable, and adequate as to all class members.

Therefore, it is ORDERED that:

(1) The parties' settlement agreement is fully and finally APPROVED;

(2) The parties forthwith shall execute the terms of their Settlement Agreement, including payment to each settling class member of the amount due pursuant to the allocation formulas set forth in Section C (6) and (13) of the Settlement Agreement and the final distribution list, appended to the parties' brief; and,

(3) This case is DISMISSED WITH PREJUDICE, and the class representative and all class members - except the one class member who excluded herself - are barred from pursuing any claims that were released against the defendants as set forth in Section F of the Settlement Agreement.

Entered this 11th day of July, 2016.

BY THE COURT:

STEPHEN L. CROCKER
Magistrate Judge